Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18–32366–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlene Roberts
   218 Raritan Street
   Keyport, NJ 07735

Social Security No.:
   xxx–xx–5852

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/22/19
Time:        10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 21, 2018
JAN: gan

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Charlene Roberts  
    Debtor

Case No. 18-32366-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Nov 21, 2018  
                   Form ID: 132      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.

```
db          +Charlene Roberts,    218 Raritan Street,    Keyport, NJ 07735-5139
517865016   +Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
517865017  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,     PO Box 982238,    El Paso, TX 79998)
517865018   +Bank of America, N.A.,    100 N. Tryon Street,    Charlotte, NC 28255-0001
517865019   +Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
517865021   +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517865022   +Commonwealth Financial,    245 Main Street,    Dickson City, PA 18519-1641
517865025 ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court:  Ditech Financial LLC,     332 Minnesota Street - Suite 610,
               Saint Paul, MN 55101)
517865026   +Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517865027   +Jersey Shore Univ Med Ctr,    6900 College Blvd. Suite 550,    Overland Park, Kansas 66211-1596
517865029    Laboratory Corporation of America Holdin,    PO Box 2240,    Burlington, NC 27216-2240
517865032   #Pay Pal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517865033    Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517865034 ++++REAL TIME RESOLUTIONS,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court:  Real Time Resolutions,     332 Minnesota Street - Suite 610,
               Saint Paul, MN 55101)
517865036   +Receivable Collection,    170 Jericho Tpke,    Floral Park, NY 11001-2024
517865037   +Ryan Gentile,    110 Jericho Turnpike,    Suite 100,    Floral Park, NY 11001-2019
517865039    Selip & Stylianou, LLP,    199 Crossways Park Drive,    PO Box 363,    Woodbury, NY 11797-0363
517865040   +Sunoco/citi,    PO Box 6497,    Sioux Falls, SD 57117-6497
517865043   +Thomas Edison State University,    Office of the Bursar,    111 West State Street,
              Trenton, NJ 08608-1101
517865044   +University Radiology Group,    483 Cranbury Road,    East Brunswick, NJ 08816-3610
517865045   +Wf/bobs Fn,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2018 00:12:12     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2018 00:12:09     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517865015    E-mail/Text: ebn@americollect.com Nov 22 2018 00:12:20     Americollect Inc,    PO Box 1566,
              Manitowoc, WI 54221
517865020    E-mail/Text: bnc-capio@quantum3group.com Nov 22 2018 00:12:06     Capio Partners Llc,
              222 Texoma Pkwy,    Sherman, TX 75091
517865023   +E-mail/PDF: pa_dc_ed@navient.com Nov 22 2018 00:18:42     Dept Of Ed/navient,    PO Box 9635,
              Wilkes Barre, PA 18773-9635
517876317    E-mail/Text: mrdiscen@discover.com Nov 22 2018 00:11:25     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517865024   +E-mail/Text: mrdiscen@discover.com Nov 22 2018 00:11:25     Discover Fin Svcs Llc,
              PO Box 15316,    Wilmington, DE 19850-5316
517865028   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2018 00:11:31     Kohls/capone,
              N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
517865030   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2018 00:12:08     Midland Funding,
              2365 Northside Drive - Suite 300,    San Diego, CA 92108-2709
517865031   +E-mail/Text: bnc@nordstrom.com Nov 22 2018 00:11:33     Nordstrom/td Bank Usa,
              13531 E. Caley Avenue,    Englewood, CO 80111-6504
517865035    E-mail/Text: bkdepartment@rtresolutions.com Nov 22 2018 00:12:23
              Real Time Resolutions, Inc.,    PO Box 36655,    Dallas, TX 75235-1655
517865038   +E-mail/Text: bankruptcy@savit.com Nov 22 2018 00:13:09     Sa-vit Collection Agen,
              46 W. Ferris Street,    East Brunswick, NJ 08816-2159
517865041    E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:17:50     Syncb/amazon,    PO Box 960013,
              Orlando, FL 32896-0013
517865042   +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:17:50     Syncb/sleepys,    PO Box 965036,
              Orlando, FL 32896-5036
517865448   +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:18:10     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Nov 21, 2018
                              Form ID: 132             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:

      Albert    Russo     docs@russotrustee.com
      Ryan L. Gentile    on behalf of Debtor Charlene  Roberts rlg@lawgmf.com, rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 3