**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                                  Case No.:          18-32366

Charlene Roberts                                                        Judge:             Kaplan

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: December 19, 2018

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __RG__    Initial Debtor: __CR__    Initial Co-Debtor: _____

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____197_____ per _____month_____ to the Chapter 13 Trustee, starting on _____December 1, 2018_____ for approximately _____36_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1,635 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Bank of America, N.A. Servicer - Real Time Resolution, Inc. | Residence - 218 Raritan Street Keyport, NJ 07735 | $39,882.00 | $220,000 | First Mortgage Ditech Financial, LLC - $258,638.64 - | No Value | N/A | $0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Payments to Ditech Financial, LLC, account number 0039068218, for the First Mortgage secured by real property located at 218 Raritan Street Keyport, NJ 07735 are current and shall be paid outside the plan.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Bank of America, N.A.<br><br>Servicer - Real Time Resolution, Inc. | Residence - 218 Raritan Street Keyport, NJ 07735 | $39,882 | $220,000 | First Mortgage Ditech Financial, LLC - $258,638.64 - | No Value | $39,882 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

a. **Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims

3) Secured Claims

4) Lease Arrearages 5) Priority Claims 6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:   Modification  ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: November 20, 2018                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The value of the Debtor's real property is $220,000 instead of the $210,000 listed in the original plan | All references to the value of the debtor's principal residence are being changed from $210,000 to $220,000 |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: December 19, 2018                          /s/ Charlene Roberts
                                                  Debtor

Date: _____                _____
                                                  Joint Debtor

Date: December 19, 2018                          /s/ Ryan Gentile
                                                  Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-32366-MBK
Charlene Roberts  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2  Date Rcvd: Dec 20, 2018
    Form ID: pdf901  Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db             +Charlene Roberts,   218 Raritan Street,    Keyport, NJ 07735-5139
517922320       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517865016      +Amex,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
517865017     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
517865018      +Bank of America, N.A.,   100 N. Tryon Street,   Charlotte, NC 28255-0001
517865019      +Barclays Bank,   PO Box 8803,   Wilmington, DE 19899-8803
517865021      +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
517865022      +Commonwealth Financial,   245 Main Street,   Dickson City, PA 18519-1641
517865025   ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,   332 Minnesota Street - Suite 610,
                Saint Paul, MN 55101)
517865026      +Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
517865027      +Jersey Shore Univ Med Ctr,   6900 College Blvd. Suite 550,   Overland Park, Kansas 66211-1596
517865029       Laboratory Corporation of America Holdin,   PO Box 2240,   Burlington, NC 27216-2240
517865032      #Pay Pal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
517865033       Pressler, Felt & Warshaw, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
517865034   ++++REAL TIME RESOLUTIONS,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
               (address filed with court: Real Time Resolutions,   332 Minnesota Street - Suite 610,
                Saint Paul, MN 55101)
517865036      +Receivable Collection,   170 Jericho Tpke,   Floral Park, NY 11001-2024
517865037      +Ryan Gentile,   110 Jericho Turnpike,   Suite 100,   Floral Park, NY 11001-2019
517865039       Selip & Stylianou, LLP,   199 Crossways Park Drive,   PO Box 363,   Woodbury, NY 11797-0363
517865040      +Sunoco/citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
517865043      +Thomas Edison State University,   Office of the Bursar,   111 West State Street,
                 Trenton, NJ 08608-1101
517865044      +University Radiology Group,   483 Cranbury Road,   East Brunswick, NJ 08816-3610
517865045      +Wf/bobs Fn,   PO Box 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 00:01:54     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 00:01:53     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517865015       E-mail/Text: ebn@americollect.com Dec 21 2018 00:02:00     Americollect Inc,   PO Box 1566,
                 Manitowoc, WI 54221
517865020       E-mail/Text: bnc-capio@quantum3group.com Dec 21 2018 00:01:51     Capio Partners Llc,
                 222 Texoma Pkwy,   Sherman, TX 75091
517865023      +E-mail/PDF: pa_dc_ed@navient.com Dec 21 2018 00:08:06     Dept Of Ed/navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517876317       E-mail/Text: mrdiscen@discover.com Dec 21 2018 00:01:10     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517865024      +E-mail/Text: mrdiscen@discover.com Dec 21 2018 00:01:10     Discover Fin Svcs Llc,
                 PO Box 15316,   Wilmington, DE 19850-5316
517865028      +E-mail/Text: bncnotices@becket-lee.com Dec 21 2018 00:01:17     Kohls/capone,
                 N56 W. 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
517865030      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 00:01:52     Midland Funding,
                 2365 Northside Drive - Suite 300,   San Diego, CA 92108-2709
517865031      +E-mail/Text: bnc@nordstrom.com Dec 21 2018 00:01:22     Nordstrom/td Bank Usa,
                 13531 E. Caley Avenue,   Englewood, CO 80111-6504
517892104       E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2018 00:01:49
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
517865035       E-mail/Text: bkdepartment@rtresolutions.com Dec 21 2018 00:02:01
                 Real Time Resolutions, Inc.,   PO Box 36655,   Dallas, TX 75235-1655
517865038      +E-mail/Text: bankruptcy@savit.com Dec 21 2018 00:02:38     Sa-vit Collection Agen,
                 46 W. Ferris Street,   East Brunswick, NJ 08816-2159
517865041       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 00:08:36     Syncb/amazon,   PO Box 960013,
                 Orlando, FL 32896-0013
517865042      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 00:07:56     Syncb/sleepys,   PO Box 965036,
                 Orlando, FL 32896-5036
517865448      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 00:07:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 16
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 20, 2018
                              Form ID: pdf901          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ryan L. Gentile    on behalf of Debtor Charlene  Roberts rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 4
```