Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32366−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlene Roberts
   218 Raritan Street
   Keyport, NJ 07735

Social Security No.:
   xxx−xx−5852

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/19/2018 and a confirmation hearing on such Plan has been scheduled for 3/26/2019 at 10:00 AM.

The debtor filed a Modified Plan on 3/21/2019 and a confirmation hearing on the Modified Plan is scheduled for 5/14/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 22, 2019
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32366-MBK
Charlene Roberts                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Mar 22, 2019
                               Form ID: 186             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
```
db            +Charlene Roberts,    218 Raritan Street,    Keyport, NJ 07735-5139
517922320      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
517973273      American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern  PA 19355-0701
517865016     +Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
517865017    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     PO Box 982238,    El Paso, TX 79998)
517865018     +Bank of America, N.A.,    100 N. Tryon Street,    Charlotte, NC 28255-0001
517956169     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517865019     +Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
517961873      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517965598     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517865021     +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517865022     +Commonwealth Financial,    245 Main Street,    Dickson City, PA 18519-1641
517865025   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial LLC,    332 Minnesota Street - Suite 610,
               Saint Paul, MN 55101)
517865026     +Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517865027     +Jersey Shore Univ Med Ctr,    6900 College Blvd. Suite 550,    Overland Park, Kansas 66211-1596
517865029      Laboratory Corporation of America Holdin,    PO Box 2240,    Burlington, NC 27216-2240
517865032     #Pay Pal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517865033      Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517865034   ++++REAL TIME RESOLUTIONS,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Real Time Resolutions,    332 Minnesota Street - Suite 610,
               Saint Paul, MN 55101)
517865036     +Receivable Collection,    170 Jericho Tpke,    Floral Park, NY 11001-2024
517865037     +Ryan Gentile,    110 Jericho Turnpike,    Suite 100,    Floral Park, NY 11001-2019
517865039      Selip & Stylianou, LLP,    199 Crossways Park Drive,    PO Box 363,    Woodbury, NY 11797-0363
517865040     +Sunoco/citi,    PO Box 6497,    Sioux Falls, SD 57117-6497
517865043     +Thomas Edison State University,    Office of the Bursar,    111 West State Street,
               Trenton, NJ 08608-1101
517865044     +University Radiology Group,    483 Cranbury Road,    East Brunswick, NJ 08816-3610
517960155      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
517865045     +Wf/bobs Fn,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 00:37:07     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 00:37:03     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517865015      E-mail/Text: ebn@americollect.com Mar 23 2019 00:37:16     Americollect Inc,    PO Box 1566,
               Manitowoc, WI 54221
517969664      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2019 00:42:04
               Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517865020      E-mail/Text: bnc-capio@quantum3group.com Mar 23 2019 00:37:02     Capio Partners Llc,
               222 Texoma Pkwy,    Sherman, TX 75091
517865023     +E-mail/PDF: pa_dc_ed@navient.com Mar 23 2019 00:41:53     Dept Of Ed/navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
517876317      E-mail/Text: mrdiscen@discover.com Mar 23 2019 00:36:23     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517865024     +E-mail/Text: mrdiscen@discover.com Mar 23 2019 00:36:23     Discover Fin Svcs Llc,
               PO Box 15316,    Wilmington, DE 19850-5316
517976793      E-mail/Text: bankruptcy.bnc@ditech.com Mar 23 2019 00:36:49     Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
517865028    ++E-mail/Text: bncnotices@becket-lee.com Mar 23 2019 00:36:31     Kohls/capone,
               N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
517950501     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2019 00:37:03     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
517865030     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2019 00:37:03     Midland Funding,
               2365 Northside Drive - Suite 300,    San Diego, CA 92108-2709
517980509      E-mail/PDF: pa_dc_claims@navient.com Mar 23 2019 00:42:35
               Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
517865031     +E-mail/Text: bnc@nordstrom.com Mar 23 2019 00:36:37     Nordstrom/td Bank Usa,
               13531 E. Caley Avenue,    Englewood, CO 80111-6504
517979010      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 00:53:10
               Portfolio Recovery Associates, LLC,    c/o Sunoco,    POB 41067,    Norfolk VA 23541
517892104      E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2019 00:36:59
               Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Mar 22, 2019
                              Form ID: 186             Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517865035         E-mail/Text: bkdepartment@rtresolutions.com Mar 23 2019 00:37:19
                   Real Time Resolutions, Inc.,   PO Box 36655,   Dallas, TX 75235-1655
517968777         E-mail/Text: bkdepartment@rtresolutions.com Mar 23 2019 00:37:19
                   Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029
517962045        +E-mail/Text: bncmail@w-legal.com Mar 23 2019 00:37:18     SYNCHRONY BANK,
                   c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517865038        +E-mail/Text: bankruptcy@savit.com Mar 23 2019 00:37:58     Sa-vit Collection Agen,
                   46 W. Ferris Street,   East Brunswick, NJ 08816-2159
517865041         E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 00:41:44      Syncb/amazon,   PO Box 960013,
                   Orlando, FL 32896-0013
517865042        +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 00:41:44      Syncb/sleepys,   PO Box 965036,
                   Orlando, FL 32896-5036
517865448        +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 00:41:44      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ryan L. Gentile    on behalf of Debtor Charlene  Roberts rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```