Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−32366−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Charlene Roberts  
   218 Raritan Street  
   Keyport, NJ 07735

Social Security No.:  
   xxx−xx−5852

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 29, 2019.

On March 3, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:    April 6, 2021  
Time:    10:00 AM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 3, 2021  
JAN: mrg

                                                        Jeanne Naughton  
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 18-32366-MBK

Charlene Roberts                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Mar 03, 2021      Form ID: 185      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene Roberts, 218 Raritan Street, Keyport, NJ 07735-5139 |
| sp | + | David Kreizer, 788 Shrewsbury Avenue, Suite 2221, Tinton Falls, NJ 07724-3080 |
| 517922320 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517973273 | | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517865016 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517865017 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517865018 | + | Bank of America, N.A., 100 N. Tryon Street, Charlotte, NC 28255-0001 |
| 517956169 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517865019 | + | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 517961873 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517965598 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517865022 | + | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 517865025 | + | Ditech Financial LLC, 332 Minnesota Street - Suite 610, Saint Paul, MN 55101-1314 |
| 517976793 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517865027 | + | Jersey Shore Univ Med Ctr, 6900 College Blvd. Suite 550, Overland Park, Kansas 66211-1596 |
| 517865029 | | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 518378226 | + | LoanCare, LLC, Po Box 8068, Virginia Beach VA 23450-8068 |
| 518378227 | + | LoanCare, LLC, Po Box 8068, Virginia Beach VA 23450, LoanCare, LLC, Po Box 8068 Virginia Beach VA 23450-8068 |
| 517865033 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517865034 | + | Real Time Resolutions, 332 Minnesota Street - Suite 610, Saint Paul, MN 55101-1314 |
| 517865036 | + | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 517865037 | + | Ryan Gentile, 110 Jericho Turnpike, Suite 100, Floral Park, NY 11001-2019 |
| 517865039 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |
| 517865043 | + | Thomas Edison State University, Office of the Bursar, 111 West State Street, Trenton, NJ 08608-1101 |
| 517865044 | + | University Radiology Group, 483 Cranbury Road, East Brunswick, NJ 08816-3610 |
| 517960155 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517865045 | + | Wf/bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517865015 | | Email/Text: ebn@americollect.com | Mar 03 2021 21:21:00 | Americollect Inc, PO Box 1566, Manitowoc, WI 54221 |
| 517969664 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2021 21:33:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517865020 | | Email/Text: bnc-capio@quantum3group.com | | |

| Recipient ID | | Email Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 03 2021 21:21:00 | Capio Partners Llc, 222 Texoma Pkwy, Sherman, TX 75091 |
| 517865026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2021 21:34:05 | Dsnb Macys, PO Box 8218, Mason, OH 45040 |
| 517865023 | + | Email/PDF: pa_dc_ed@navient.com | Mar 03 2021 21:34:46 | Dept Of Ed/navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517876317 | | Email/Text: mrdiscen@discover.com | Mar 03 2021 21:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517865024 | + | Email/Text: mrdiscen@discover.com | Mar 03 2021 21:19:00 | Discover Fin Svcs Llc, PO Box 15316, Wilmington, DE 19850-5316 |
| 517865021 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 21:33:50 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 517865028 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2021 21:19:00 | Kohls/capone, N56 W. 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 517950501 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2021 21:21:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517865030 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2021 21:21:00 | Midland Funding, 2365 Northside Drive - Suite 300, San Diego, CA 92108-2709 |
| 517980509 | | Email/PDF: pa_dc_claims@navient.com | Mar 03 2021 21:33:09 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517865031 | + | Email/Text: bnc@nordstrom.com | Mar 03 2021 21:20:16 | Nordstrom/td Bank Usa, 13531 E. Caley Avenue, Englewood, CO 80111-6504 |
| 517979010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2021 21:33:08 | Portfolio Recovery Associates, LLC, c/o Sunoco, POB 41067, Norfolk VA 23541 |
| 517865032 | | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2021 21:33:46 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517892104 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2021 21:20:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517865035 | | Email/Text: bkdepartment@rtresolutions.com | Mar 03 2021 21:21:00 | Real Time Resolutions, Inc., PO Box 36655, Dallas, TX 75235-1655 |
| 517968777 | | Email/Text: bkdepartment@rtresolutions.com | Mar 03 2021 21:21:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517962045 | + | Email/Text: bncmail@w-legal.com | Mar 03 2021 21:21:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517865038 | + | Email/Text: bankruptcy@savit.com | Mar 03 2021 21:22:00 | Sa-vit Collection Agen, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 517865040 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2021 21:33:58 | Sunoco/citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517865041 | | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2021 21:34:35 | Syncb/amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 517865042 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2021 21:33:47 | Syncb/sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 517865448 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2021 21:33:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 18-32366-MBK    Doc 60    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 185 | Total Noticed: 53 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ryan L. Gentile | on behalf of Debtor Charlene Roberts rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7