Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 18−32366−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Charlene Roberts
 218 Raritan Street
 Keyport, NJ 07735

Social Security No.:
 xxx−xx−5852

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 22, 2021.


Dated: April 22, 2021
JAN: ghm

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 18-32366-MBK

Charlene Roberts                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 3

Date Rcvd: Apr 22, 2021            Form ID: plncf13             Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene Roberts, 218 Raritan Street, Keyport, NJ 07735-5139 |
| sp | + | David Kreizer, 788 Shrewsbury Avenue, Suite 2221, Tinton Falls, NJ 07724-3080 |
| 517922320 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517973273 | | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517865016 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517865017 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517865018 | + | Bank of America, N.A., 100 N. Tryon Street, Charlotte, NC 28255-0001 |
| 517956169 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517865019 | + | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 517961873 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517965598 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517865022 | + | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 517865025 | + | Ditech Financial LLC, 332 Minnesota Street - Suite 610, Saint Paul, MN 55101-1314 |
| 517976793 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517865027 | + | Jersey Shore Univ Med Ctr, 6900 College Blvd. Suite 550, Overland Park, Kansas 66211-1596 |
| 517865029 | | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 518378226 | + | LoanCare, LLC, Po Box 8068, Virginia Beach VA 23450-8068 |
| 518378227 | + | LoanCare, LLC, Po Box 8068, Virginia Beach VA 23450, LoanCare, LLC, Po Box 8068 Virginia Beach VA 23450-8068 |
| 517865033 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517865034 | + | Real Time Resolutions, 332 Minnesota Street - Suite 610, Saint Paul, MN 55101-1314 |
| 517865036 | + | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 517865037 | + | Ryan Gentile, 110 Jericho Turnpike, Suite 100, Floral Park, NY 11001-2019 |
| 517865039 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |
| 517865043 | + | Thomas Edison State University, Office of the Bursar, 111 West State Street, Trenton, NJ 08608-1101 |
| 517865044 | + | University Radiology Group, 483 Cranbury Road, East Brunswick, NJ 08816-3610 |
| 517960155 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517865045 | + | Wf/bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517865015 | | Email/Text: ebn@americollect.com | Apr 22 2021 22:01:00 | Americollect Inc, PO Box 1566, Manitowoc, WI 54221 |
| 517969664 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:22:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517865020 | | Email/Text: bnc-capio@quantum3group.com | | |

Case 18-32366-MBK    Doc 70    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 22 2021 22:00:00 | Capio Partners Llc, 222 Texoma Pkwy, Sherman, TX 75091 |
| 517865026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:44 | Dsnb Macys, PO Box 8218, Mason, OH 45040 |
| 517865023 | + | Email/PDF: pa_dc_ed@navient.com | Apr 22 2021 22:20:56 | Dept Of Ed/navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517876317 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517865024 | + | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Fin Svcs Llc, PO Box 15316, Wilmington, DE 19850-5316 |
| 517865021 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 22:22:05 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 517865028 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2021 21:58:00 | Kohls/capone, N56 W. 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 517950501 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 22:01:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517865030 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 22:01:00 | Midland Funding, 2365 Northside Drive - Suite 300, San Diego, CA 92108-2709 |
| 517980509 | | Email/PDF: pa_dc_claims@navient.com | Apr 22 2021 22:22:22 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517865031 | + | Email/Text: bnc@nordstrom.com | Apr 22 2021 21:59:09 | Nordstrom/td Bank Usa, 13531 E. Caley Avenue, Englewood, CO 80111-6504 |
| 517979010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:20:53 | Portfolio Recovery Associates, LLC, c/o Sunoco, POB 41067, Norfolk VA 23541 |
| 517865032 | | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517892104 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517865035 | | Email/Text: bkdepartment@rtresolutions.com | Apr 22 2021 22:01:00 | Real Time Resolutions, Inc., PO Box 36655, Dallas, TX 75235-1655 |
| 517968777 | | Email/Text: bkdepartment@rtresolutions.com | Apr 22 2021 22:01:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517962045 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517865038 | + | Email/Text: bankruptcy@savit.com | Apr 22 2021 22:03:00 | Sa-vit Collection Agen, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 517865040 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:22:20 | Sunoco/citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517865041 | | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:02 | Syncb/amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 517865042 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Syncb/sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 517865448 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: plncf13 | Total Noticed: 53 |

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Ryan L. Gentile | on behalf of Debtor Charlene Roberts rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7