UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054-1539
(856) 985-4059
Attorneys for Citigroup Mortgage Loan Trust 2021-RP4

In Re:
Charlene Roberts

Debtor

Case No.:  __18-32366-MBK__

Chapter:  __13__

Judge:  __Michael B. Kaplan__

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Citigroup Mortgage Loan Trust 2021-RP4 .  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054-1539

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: September 9, 2021

/s/ Brian E. Caine
Signature

*new.8/1/15*