| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Ryan Gentile, Esq<br>110 Jericho Tpke - Suite 100<br>Floral Park, NY 11001<br>Tel: 201-873-7675<br>Attorney for the Debtor | |
| In Re:<br><br>Charlene Roberts | |

**Order Filed on November 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-32366

Chapter: 13

Hearing Date: 11/23/2021

Judge: Kaplan

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 26, 2021**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 218 Raritan Street Keyport, NJ 07735

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Countrywide Bank, N.A.
b. Current Assignee: Bank of America, N.A.
c. Current Servicer: Real Time Resolutions, Inc.
d. Date of Mortgage/Lien: August 1, 2006
e. Date of Recordation: September 13, 2006
f. Place of Recordation: Monmouth County Clerk's Office
   i. Mortgage Book: 8593
   ii. Page: 9958
   iii. Instrument Number: 2006136589
g. Original Principal Balance of Mortgage/Lien: $ $47,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*