**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charlene Roberts<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5852<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–32366–MBK | |

# Order of Discharge         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charlene Roberts

12/10/21                    **By the court:** Michael B. Kaplan
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Charlene Roberts  
    Debtor

Case No. 18-32366-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 10, 2021      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene Roberts, 218 Raritan Street, Keyport, NJ 07735-5139 |
| sp | + | David Kreizer, 788 Shrewsbury Avenue, Suite 2221, Tinton Falls, NJ 07724-3080 |
| 517956169 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517965598 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519317657 | | Citigroup Mortgage Loan Trust 2021-RP4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519317658 | + | Citigroup Mortgage Loan Trust 2021-RP4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Citigroup Mortgage Loan Trust 2021-RP4 c/o Rushmore Loan Management Services 92619-2708 |
| 517865025 | + | Ditech Financial LLC, 332 Minnesota Street - Suite 610, Saint Paul, MN 55101-1314 |
| 517976793 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517865027 | + | Jersey Shore Univ Med Ctr, 6900 College Blvd. Suite 550, Overland Park, Kansas 66211-1596 |
| 517865029 | | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 518378226 | + | LoanCare, LLC, Po Box 8068, Virginia Beach VA 23450-8068 |
| 518378227 | + | LoanCare, LLC, Po Box 8068, Virginia Beach VA 23450, LoanCare, LLC, Po Box 8068 Virginia Beach VA 23450-8068 |
| 517865034 | + | Real Time Resolutions, 332 Minnesota Street - Suite 610, Saint Paul, MN 55101-1314 |
| 517865036 | + | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 517865037 | + | Ryan Gentile, 110 Jericho Turnpike, Suite 100, Floral Park, NY 11001-2019 |
| 517865039 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |
| 517865043 | + | Thomas Edison State University, Office of the Bursar, 111 West State Street, Trenton, NJ 08608-1101 |
| 517865044 | + | University Radiology Group, 483 Cranbury Road, East Brunswick, NJ 08816-3610 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517865015 | | Email/Text: ebn@americollect.com | Dec 10 2021 20:35:00 | Americollect Inc, PO Box 1566, Manitowoc, WI 54221 |
| 517922320 | | EDI: BECKLEE.COM | Dec 11 2021 01:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517973273 | | EDI: BECKLEE.COM | Dec 11 2021 01:33:00 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517865016 | + | EDI: AMEREXPR.COM | Dec 11 2021 01:33:00 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517969664 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 20:38:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517865017 | | EDI: BANKAMER.COM | Dec 11 2021 01:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517865018 | + | EDI: BANKAMER2.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Dec 11 2021 01:33:00 | Bank of America, N.A., 100 N. Tryon Street, Charlotte, NC 28255-0001 |
| 517865019 | + | EDI: TSYS2 | Dec 11 2021 01:33:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 517865020 | | EDI: CAPIO.COM | Dec 11 2021 01:33:00 | Capio Partners Llc, 222 Texoma Pkwy, Sherman, TX 75091 |
| 517961873 | | EDI: BL-BECKET.COM | Dec 11 2021 01:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517965598 | + | Email/Text: RASEBN@raslg.com | Dec 10 2021 20:35:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517865022 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Dec 10 2021 20:35:00 | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 517865026 | + | EDI: CITICORP.COM | Dec 11 2021 01:33:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040 |
| 517865023 | + | EDI: NAVIENTFKASMDOE.COM | Dec 11 2021 01:33:00 | Dept Of Ed/navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517876317 | | EDI: DISCOVER.COM | Dec 11 2021 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517865024 | + | EDI: DISCOVER.COM | Dec 11 2021 01:33:00 | Discover Fin Svcs Llc, PO Box 15316, Wilmington, DE 19850-5316 |
| 517865021 | | EDI: JPMORGANCHASE | Dec 11 2021 01:33:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 517865028 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 10 2021 20:34:00 | Kohls/capone, N56 W. 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 517950501 | + | EDI: MID8.COM | Dec 11 2021 01:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517865030 | + | EDI: MID8.COM | Dec 11 2021 01:33:00 | Midland Funding, 2365 Northside Drive - Suite 300, San Diego, CA 92108-2709 |
| 517980509 | | EDI: NAVIENTFKASMSERV.COM | Dec 11 2021 01:33:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517865031 | + | Email/Text: bnc@nordstrom.com | Dec 10 2021 20:35:46 | Nordstrom/td Bank Usa, 13531 E. Caley Avenue, Englewood, CO 80111-6504 |
| 517979010 | | EDI: PRA.COM | Dec 11 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Sunoco, POB 41067, Norfolk VA 23541 |
| 517865033 | | Email/Text: signed.order@pfwattorneys.com | Dec 10 2021 20:35:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517865032 | | EDI: RMSC.COM | Dec 11 2021 01:33:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517892104 | | EDI: Q3G.COM | Dec 11 2021 01:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517865035 | | Email/Text: bkdepartment@rtresolutions.com | Dec 10 2021 20:35:00 | Real Time Resolutions, Inc., PO Box 36655, Dallas, TX 75235-1655 |
| 517968777 | | Email/Text: bkdepartment@rtresolutions.com | Dec 10 2021 20:35:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517962045 | + | Email/Text: bncmail@w-legal.com | Dec 10 2021 20:35:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517865038 | + | Email/Text: bankruptcy@savit.com | Dec 10 2021 20:35:00 | Sa-vit Collection Agen, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |
| 517865040 | + | EDI: CITICORP.COM | Dec 11 2021 01:33:00 | Sunoco/citi, PO Box 6497, Sioux Falls, SD |

Case 18-32366-MBK    Doc 83    Filed 12/12/21    Entered 12/13/21 00:14:10    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 517865041 | | EDI: RMSC.COM | Dec 11 2021 01:33:00 | Syncb/amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 517865042 | + | EDI: RMSC.COM | Dec 11 2021 01:33:00 | Syncb/sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 517865448 | + | EDI: RMSC.COM | Dec 11 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517960155 | | EDI: WFFC.COM | Dec 11 2021 01:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517865045 | + | EDI: WFFC.COM | Dec 11 2021 01:33:00 | Wf/bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian E Caine | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP4 bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ryan L. Gentile | on behalf of Debtor Charlene Roberts rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Dec 10, 2021 Form ID: 3180W Total Noticed: 55
TOTAL: 8